the trial court to grant the same, and judgment as modified and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ.

Guy H. Hubbard, Respondent, v. Homer B. Mason, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Jenks, Rich and Miller, JJ., concurred.

Mary Hutchinson, as Guardian ad Litem of Alfred Hutchinson, Respondent, v. Leonard Sheet Metal Works, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of the Application of Dominico Caromonte, Appellant, for Writs of Habeas Corpus and Certiorari. Patrick Hayes, Warden of Kings County Penitentiary, Respondent.— Order affirmed. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of William H. Fischer, as Executor, etc., of John K. Fischer, Deceased, Respondent. Barbara Fischer, as Administratrix, etc., of John F. Fischer, Deceased, Appellant.—Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

In the Matter of the Application of Margaret M. Fox in Behalf of Edward J. Russell, Appellant, for Writs of Habeas Corpus and Certiorari, to Inquire into the Detention of Edward J. Russell. The Medical Superintendent of the Dannemora State Hospital for Insane Patients at Dannemora, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred

In the Matter of the Probate of the Will of Robert E. Hopkins, Deceased.— Order of the Surrogate's Court of Westchester county modified by reducing the allowance of the special guardian from $13,000 to $6,500, and as thus modified affirmed, without costs of this appeal. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

Arthur C. Jacobson and Arthur C. Jacobson, Jr., Copartners under the Firm Name and Style of Arthur C. Jacobson & Son, Appellants, v. Henry S. Stone, Respondent.— Judgment and order affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

Robert J. Kane, Respondent, v. New York and Texas Steamship Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ.

Jacob Krimko, Appellant, v. New York City Railway Company, Respondent. —Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. The admission by the defendant of the allegations of the 2d and 3d paragraphs of the complaint establishes the fact presumptively that the defendant was operating the car on which the accident occurred. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

William M. Lawson, Respondent, v. Lena L. Lawson, Appellant.— Order affirmed, without costs. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

William M. Lawson, Respondent, v. Lena L. Lawson, Appellant.— Order affirmed, without costs. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Alfred Lewis, Appellant, v. The Town of Cornwall, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Bartlett, Woodward, Hooker, Rich and Miller, JJ.

James Roberts Linn, Appellant, v. Alie May Linn, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

William J. Lyman, Respondent, v. Abraham Goodman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Michael J. Mack, Respondent, v. Joseph J. Gleason, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Ellen Malone, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.